# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**PRESTON BLAKE**                                                                **PLAINTIFF**

**v.**                          **Case No: 4:25-cv-00528-JM-PSH**

**WATKINS,** *et al.*                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 15th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE